### McKERNAN *v.* NEW YORK EL. R. Co. *et al.*

*(Superior Court of New York City, General Term. July 2, 1891.)*

Appeal from special term.

Action by Eliza McKernan against the New York Elevated Railroad Company and the Manhattan Railway Company. There was a judgment for plaintiff, and defendant appeals.

Argued before FREEDMAN, DUGRO, and GILDERSLEEVE, JJ.

*Davies & Rapallo,* for appellants. *Jeroloman & Arrowsmith,* for respondent.

PER CURIAM. Judgment affirmed, with costs.